## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Lawrence Edralin, | Civil No. 06 -2119 (RHK/JSM) |
| Plaintiff, | **ORDER** |
| v. | |
| Bon Appetit Management Company, | |
| Defendant. | |

By Stipulation of the parties (Doc. No. 44) and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, **IT IS ORDERED** that Plaintiff's Complaint and the claims encompassed therein are hereby **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: June 12, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge